No. 99–5898.  MEROLA *v.* NEW JERSEY DEPARTMENT OF CORRECTIONS ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 99–5907.  WALKER *v.* BONNET, LM, ET AL.  Sup. Ct. Fla. Certiorari denied.

No. 99–5909.  WILLIAMS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Certiorari denied.

No. 99–5914.  SANTA CRUZ *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–5916.  FARRELL *v.* GRIEVANCE COMMITTEE FOR THE SOUTHERN DISTRICT OF NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 99–5917.  KELLEY *v.* GIBSON, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 99–5928.  BAGBY *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 99–5930.  BEVERLIN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 99–5931.  COTTON *v.* CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 99–5942.  SPRUNK *v.* ARIZONA.  Super. Ct. Ariz., Maricopa County.  Certiorari denied.

No. 99–5947.  WASHINGTON *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 99–5956.  AGUILAR *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 99–5958.  CHISOLM *v.* NEW YORK.  C. A. 2d Cir.  Certiorari denied.

No. 99–5960.  RODRIGUEZ *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.